IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| KARLA I. ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) Civil Action No. 1:04-CV-269-C |
| Defendant. | ) ECF |

### ORDER OF DISMISSAL

**THIS MATTER** comes before the court on the Report and Recommendation filed March 7, 2006 (Doc. 18). Neither party has filed objections within the 11-day period specified in 28 U.S.C. § 636(b)(1).

**WHEREFORE,**

**IT IS HEREBY ORDERED** that the Report and Recommendation is adopted by the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a judgment in accordance with the terms of this order shall be entered forthwith.

DATED this 28th day of March, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT